**Order filed October 13, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00883-CV

_____

## IN RE KOMATSU AMERICA CORPORATION, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-77680**

## O R D E R

On October 12, 2011, relator, Komatsu America Corporation, filed a petition for writ of mandamus. _See_ Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable Josefina M. Rendon, Judge of the 165th District Court, Harris County, Texas, to set aside her orders dated September 30, 2011, entered in trial court cause number 2010-77680, styled _Mario Salinas, et al v, Dorsett Bros. Concrete Supply, Inc., et al_. Relator claims the trial court abused its granting plaintffs' motion to compel discovery.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. _See_ Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the orders entered on September 30, 2011, by the court below be stayed in trial court cause number 2010-77680, styled *Mario Salinas, et al v, Dorsett Bros. Concrete Supply, Inc., et al*. Such orders are stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

Further, the court requests real parties in interest, Mario Salinas and Florencia Salinas, Individually and as Next Friends of the minor children Mario Salinas and Adilene Salinas, to file a response to the petition for writ of mandamus on or before October 28, 2011.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.